# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAPPHIRE INTERNATIONAL GROUP, INC.,**
Appellant,

v.

**BIG SKY AVIATION, INC.,** and **ATLANTIC AVIATION FBO, INC.,**
Appellees.

No. 4D21-3544

[February 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2020-CA-003063-XXXX-MB.

Jared H. Beck and Elizabeth Lee Beck of Beck & Lee, P.A., Miami, for appellant.

Michael R. D'Lugo of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for appellee Big Sky Aviation, Inc.

J. Peter Greco, Anthony P. Strasius and Nicholas Alexander DeMahy of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Orlando, for appellee Atlantic Aviation FBO, Inc.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***